UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| JOHN EUGENE MCCLAIN, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) | 1:03-cv-1099-SEB-VSS |
| OFFICER MITCHELL, | ) ) ) | |
| Defendant. | ) ) | |

# E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in the Entry of August 8, 2006. Given the age of the case and the plaintiff's complete abandonment of it, the dismissal shall be with prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED**.

Date: 09/27/2006

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana