UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN EUGENE MCCLAIN,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Plaintiff,　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　　　　　　) 　1:03-cv-1099-SEB-VSS<br>　　　　　　　　　　　　　　　　　　　　)<br>OFFICER MITCHELL,　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　Defendant.　　　　　　　　) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 09/27/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John Eugene McClain, #894523, New Castle Correctional Facility, P. O. Box A, New Castle, IN 47362

Andre Mitchell, 7420 Kedvale Avenue, Skokie, Illinois 60076-3802